THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK ATHLETIC CLUB, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued April 14, 1948; decided May 20, 1948.

*Charles Lamb, Walter L. Hopkins* and *Loretta A. Conway* for appellant.

*John P. McGrath, Corporation Counsel (Morris Handel* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.